IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

Case No. 10-CV-6675-SULLIVAN

ROBERT FISHMAN, )
)
    Plaintiff, )
)
v. )
)
MAYNARD ENGEL, )
SALLY LAWRENCE ENGEL, and )
THE ENGEL GROUP, )
)
    Defendants. )
_____)

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/29/10
```

## NOTICE OF VOLUNTARY DISMISSAL
### WITHOUT PREJUDICE

NOTICE IS HEREBY GIVEN that, pursuant to Fed.R.Civ.P. 41(1)(A)(i), Plaintiff, ROBERT FISHMAN, hereby dismisses this action without prejudice.

Respectfully submitted,

Dated: Oct 21, 2010

By: _/s/ Myron G. Lasser_
MYRON G. LASSER
New York Attorney Reg. No. 1273689
MYRON GEORGE LASSER PC
60 Bay Street
Staten Island, NY 10301-2514
Phone: (718) 727-8900
Fax: (718) 727-9837
E-mail: myronlasseresq@aol.com

**SO ORDERED:**

_____
U.S.D.J.
10/28/10